IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SCOTT LEWIS RENDELMAN**,

**Plaintiff,**

**v.**

**LISA HOLLINGSWORTH,**
**et al.,**

**Defendant.**                                                  No. 09-0125-DRH

## ORDER

**HERNDON, Chief Judge:**

Today, the undersigned Chief Judge received a threatening letter from Rendelman in response to an Order dismissing one of his civil cases, ***Rendelman v. Werlich*, 09-964-DRH, Doc. 5,** that was also assigned to the undersigned. In light of the threatening letter, the Court **RECUSES** itself from this matter and **REASSIGNS** this case to District Judge G. Patrick Murphy for all further proceedings.

**IT IS SO ORDERED.**

Signed this 24th day of May, 2010.

/s/    David R Herndon
**Chief Judge**
**United States District Court**